UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA ACACIO, | No. 2:14-cv-1793 MCE AC PS |
| Plaintiff, | |
| v. | <u>ORDER TO SHOW CAUSE</u> |
| SELECT PORTFOLIO SERVICING, et al., | |
| Defendants. | |

On July 30, 2014, plaintiff initiated this action. ECF No. 1. On July 31, 2014, plaintiff was ordered to complete service on named defendants within 120 days, to file a certificate of service, and to either consent or decline to consent to the jurisdiction of the magistrate judge. ECF No. 3. The deadline has expired, and plaintiff has not filed a certificate of service, nor has she consented or declined to consent to the jurisdiction of the magistrate judge.

Good cause appearing, IT IS HEREBY ORDERED that

1. Plaintiff is ORDERED TO SHOW CAUSE, in writing, within seven (7) days of this order, why this action should not be dismissed for lack of prosecution pursuant to Fed. R. Civ. P. 41(b) and E.D. Cal. R. 110.

2. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed for lack of prosecution.

1

3. The scheduling conference currently set for January 21, 2015 is CONTINUED to February 4, 2015.

DATED: December 29, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE