UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA ACACIO, | No. 2:14-cv-1793 MCE AC PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATION |
| SELECT PORTFOLIO SERVICING, et al., | |
| Defendants. | |

Plaintiff filed this case on July 30, 2014. ECF No. 1. She has failed to file the required certificate of service within the time allotted, and the docket report reflects no other action occurring in the case. On December 30, 2014, the court ordered plaintiff to show cause within 7 days why this case should not be dismissed for lack of prosecution. ECF No. 4. Plaintiff has not responded to that order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be DISMISSED, without prejudice, for failure to prosecute, pursuant to Local Rule 110 and Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
2  failure to file objections within the specified time may waive the right to appeal the District
3  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  DATED: January 16, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE